HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA L. SUTTICE, ) | Civil No. C-07-05880 CW |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner, Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (30) days up through and including Friday, May 9, 2008 in which to e-file his Motion for Summary Judgment. This extension is necessitated by the number of other cases (13) Plaintiff's counsel currently needs to brief for this court and other district courts in and around the same time period.

1

STIPULATION AND ORDER

|   |   |
|---|---|
|   | JOSEPH P. RUSSONIELLO<br>United States Attorney |
|   | (authorization given by Jacqueline Forslund for Theophous H. Reagans) |
| Dated: April 8, 2008 | */s/*<br>THEOPHOUS H. REAGANS<br>Special Assistant U.S. Attorney |
|   |   |
| Dated: April 8, 2008 | */s/*<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>DANA L. SUTTICE |

IT IS SO ORDERED.

Dated:  4/9/08

HON. CLAUDIA WILKEN
United States District Judge

2

STIPULATION AND ORDER