HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.
1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DANA L. SUTTICE, | No.: C07-05880 CW |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR DISMISSAL |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | |
| Defendant. | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that this matter be dismissed in its entirety without prejudice. Each party shall bear their own attorney's fees and costs.

1

STIPULATION AND ORDER

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: May 27, 2008                    /s/_____
                                       THEOPHOUS H. REAGANS
                                       Special Assistant U.S. Attorney

Dated:  June 11, 2008                  /s/_____
                                       HARVEY P. SACKETT
                                       Attorney for Plaintiff
                                       DANA L. SUTTICE

IT IS SO ORDERED.

            6/11/08
Dated: _____         _____
                                  HON. CLAUDIA WILKEN
                                  United States District Judge

2

STIPULATION AND ORDER